United States District Court
Southern District of Texas
**ENTERED**
January 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INABS 2005-B, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES INABS 2005-B, <br><br> Plaintiff, <br><br> v. <br><br> KAREN BURNEY MAYBERRY, <br><br> Defendant. | § § § § § § § § § § § § § § § § § | Civil Action No. 4:17-cv-2450 |

### AGREED JUDGMENT OF PLAINTIFF AND DEFENDANT KAREN BURNEY MAYBERRY

The Court has been notified that Plaintiff the Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-B ("Deutsche Bank" or "Plaintiff") and Defendant Karen Burney Mayberry ("Mayberry" and together with "Deutsche Bank") have reached an agreement regarding this matter have requested the following agreed judgment to be entered. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that, pursuant to the Parties' confidential Settlement and Release Agreement, Mayberry shall indorse and mail to Plaintiff's counsel all insurance checks (the "Insurance Checks") issued in connection with and relating to the property commonly known as 3839 North Macgregor Way, Houston, Texas 77004 and more particularly described as found in the Exhibit B metes and bounds legal description attached to that certain

Texas Home Equity Security Instrument, which is recorded as Document Number Y464283 in the real property records of Harris County, Texas (the "Property") within ten (10) days from the date of the fully executed Settlement and Release Agreement.  It is further,

**ORDERED, ADJUDGED AND DECREED** that in the event that Mayberry does not indorse and mail to Plaintiff's counsel the Insurance Checks by the date described above, Deutsche Bank or its successors or assigns, may proceed with foreclosure on Karen Burney Mayberry's interest in the Property as provided in the Security Instrument and section 51.002 of the Texas Property Code.  It is further,

**ORDERED, ADJUDGED AND DECREED** that all foreclosure notices may be mailed to 3839 North Macgregor Way, Houston, Texas 77004.  It is further,

**ORDERED, ADJUDGED, AND DECREED** that any relief not specifically granted in this Judgment is **DENIED** and any party not otherwise disposed of is **DISMISSED WITHOUT PREJUDICE**.  This is a final judgment, disposing of all parties and all claims and may be appealed by any party hereto.  All for which let execution issue.

Signed this _4rt_ day of _January_, 2019.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND ENTRY REQUESTED BY:

/s/ Philip W. Danaher
Philip W. Danaher
Texas Bar No. 24708395
Southern Dist. No. 2023903
Mackie Wolf Zientz & Mann, P.C..
14160 N. Dallas Pkwy., Suite 900
Dallas, Texas 75254
214-635-2650
Fax: 214-635-2686
pdanaher@mwzmalaw.com