IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INABS 2005-B, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES INABS 2005-B,** | § § § § § § § § § | |
| **Plaintiff,** | § § | Civil Action No. 4:17-cv-2450 |
| **v.** | § § | |
| **KAREN BURNEY MAYBERRY,** | § § | |
| **Defendant.** | § | |

**NOTICE OF COMPLIANCE WITH AGREED JUDGMENT OF PLAINTIFF AND DEFENDANT KAREN BURNEY MAYBERRY**

Plaintiff the Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-B ("Deutsche Bank" or "Plaintiff") hereby notifies the Court that in accordance with the Parties' confidential Settlement and Release Agreement and the Agreed Judgment, Mayberry has indorsed and mailed to Plaintiff's counsel two Insurance Checks that she claims are all of the checks issued in connection with and relating to the property commonly known as 3839 North Macgregor Way, Houston, Texas 77004.

        Respectfully submitted,

By:   */s/ Philip W. Danaher*
     **MARK D. CRONENWETT**
     Texas Bar No. 00787303
     Southern District Bar No. 21340
     mcronenwett@mwzmlaw.com

     **PHILIP W. DANAHER**
     Texas Bar No. 24078395
     Southern District Bar No. 2023903
     pdanaher@mwzmlaw.com

     **MACKIE WOLF ZIENTZ & MANN, P. C.**
     14160 North Dallas Parkway, Suite 900
     Dallas, TX 75254
     Telephone: (214) 635-2650
     Direct: (713) 730-3212
     Facsimile: (214) 635-2686

     **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of January, 2019, a true and correct copy of the foregoing was served via ECF service on the following counsel:

Allen Halbrook
Sneed, Vine & Perry
900 Congress Avenue, Suite 300
Austin, Texas 78701
512-476-6955
512-476-1825 (Fax)

        */s/ Philip W. Danaher*
        **PHILIP W. DANAHER**